# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 20-7836-SB (JPR)**                                              Date: **January 4, 2022**
Title:  **Cecilia H. Reyes v. Kilolo Kijakazi**

============================================================

**DOCKET ENTRY: Order to Show Cause re Plaintiff's Failure to Prosecute**

============================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                        ATTORNEYS PRESENT FOR DEFENDANT:
            None present                                                                  None present

**PROCEEDINGS: (IN CHAMBERS):**

Plaintiff filed her Complaint in this Social Security appeal on August 27, 2020. At the time, a stay of all Social Security cases was in effect because of the COVID pandemic.  That stay was lifted on April 16, 2021, however.  See C.D. Cal. Chief J. Order 21-037.  Under Federal Rule of Civil Procedure 4(m), then, Plaintiff was required to have served the Complaint on Defendant no later than July 15, 2021.  She has not filed proof of service that she has done so, nor has Defendant appeared in this matter.

Accordingly, no less than 10 days from the date of this Order, Plaintiff must show cause in writing why this lawsuit should not be dismissed for failure to prosecute.  If within the same time frame she files proof of service showing that the Complaint was served on Defendant before the July 15 deadline, the OSC will automatically be discharged.

**Plaintiff's failure to timely respond to this OSC will likely result in dismissal of this action.**